ACCEPTED
06-15-00086-CR
SIXTH COURT OF APPEALS
TEXARKANA, TEXAS
6/1/2015 4:06:45 PM
DEBBIE AUTREY
CLERK

Appellate Docket Number: 

Appellate Case Style: Style: Samuel Moses Williams

Vs. State of Texas

Companion Case: 

Amended/corrected statement: ☐

FILED IN
6th COURT OF APPEALS
TEXARKANA, TEXAS
6/1/2015 4:06:45 PM
DEBBIE AUTREY
Clerk

## DOCKETING STATEMENT (Criminal)

Appellate Court: 

(to be filed in the court of appeals upon perfection of appeal under TRAP 32)

| **I. Appellant** | **II. Appellant Attorney(s)** |
|---|---|
| First Name: Samuel | ☒ Lead Attorney |
| Middle Name: Moses | First Name: Charles |
| Last Name: Williams | Middle Name: E |
| Suffix: | Last Name: Perry |
| Appellant Incarcerated? ☒ Yes ☐ No | Suffix: |
| Amount of Bond: | ☒ Appointed    ☐ District/County Attorney |
| Pro Se: ○ | ☐ Retained    ☐ Public Defender |
| | Firm Name: Charles E Perry, Attorney |
| | Address 1: P.O.Box 720 |
| | Address 2: 1101 Main Street |
| | City: Commerce |
| | State: Texas    Zip+4: 75429 |
| | Telephone: 940-613-8439    ext. |
| | Fax: 903-886--0243 |
| | Email: elyww@aol.com |
| | SBN: 15799700 |
| | Add Another Appellant/ Attorney |

| III. Appellee | IV. Appellee Attorney(s) |
|---|---|

**III. Appellee**

First Name: StateofTexas

Middle Name:

Last Name:

Suffix:

Appellee Incarcerated?  ☐ Yes  ☐ No

Amount of Bond:

Pro Se: ○

**IV. Appellee Attorney(s)**

☒ Lead Attorney

First Name: Will

Middle Name:

Last Name: Ramsay

Suffix:

☐ Appointed          ☒ District/County Attorney

☐ Retained            ☐ Public Defender

Firm Name: Hopkins County District Attorney

Address 1: 110 Main Street

Address 2:

City: Sulphur Springs

State: Texas          Zip+4: 75482

Telephone: 903-885-0641          ext.

Fax: 903-885-0640

Email: wramsay@hopkinscountytx.org

SBN:

Add Another Appellee/ Attorney

## V. Perfection Of Appeal, Judgment And Sentencing

Nature of Case (Subject matter or type of case): Sex Offenses

Type of Judgment: Final Judgment

Date trial court imposed or suspended sentence in open court or date trial court entered appealable order: April 30, 2015

Offense charged: indency with/child contact

Date of offense: October 25, 2014

Defendant's plea: Not Guilty

If guilty, does defendant have the trial court's certificate to appeal?

☒ Yes  ☐ No

Was the trial by:  ☒ jury or  ☐ non-jury?

Date notice of appeal filed in trial court: May 19, 2015

If mailed to the trial court clerk, also give the date mailed :

May 19, 2015

Punishment assessed: 20 years

Is the appeal from a pre-trial order?  ☐ Yes  ☒ No

Does the appeal involve the constitutionality or the validity of a statute, rule or ordinance?

☐ Yes  ☒ No

## VI. Actions Extending Time To Perfect Appeal

Motion for New Trial:  ☐ Yes  ☒ No    If yes, date filed:

Motion in Arrest of Judgment: ☐ Yes  ☒ No    If yes, date filed:

Other:  ☐ Yes  ☒ No              If yes, date filed:

If other, please specify:

## VII. Indigency Of Party: (Attach file-stamped copy of motion and affidavit)

Motion and affidavit filed:  ☒ Yes  ☐ No  ☐ NA    If yes, date filed: April 30, 2015

Date of hearing: April 30, 2015    ☐ NA

Date of order: April 30, 2015    ☐ NA

Ruling on motion: ☒ Granted  ☐ Denied  ☐ NA    If granted or denied, date of ruling:

## VIII. Trial Court And Record

Court: 8th Judicial District

County: Hopkins

Trial Court Docket Number (Cause no):  1421392--1421395

Trial Court Judge (who tried or disposed of the case):

First Name: Eddie

Middle Name:

Last Name: Northecutt

Suffix:

Address 1: 118 Church Street

Address 2:

City: Sulphur Springs

State: Texas        Zip + 4: 75482

Telephone: 903-438-4022      ext.

Fax:

Email:

Clerk's Record:

Trial Court Clerk: ☒ District  ☐ County

Was clerk's record requested? ☒ Yes ☐ No

If yes, date requested:

If no, date it will be requested: Jun 3, 2015

Were payment arrangements made with clerk?

☐ Yes ☐ No ☒ Indigent

---

Reporter's or Recorder's Record:

Is there a reporter's record? ☒ Yes ☐ No

Was reporter's record requested? ☒ Yes ☐ No

Was the reporter's record electronically recorded? ☐ Yes ☐ No

If yes, date requested: Jun 3, 2015

Were payment arrangements made with the court reporter/court recorder?  ☐ Yes ☐ No ☒ Indigent

---

☒ Court Reporter        ☐ Court Recorder
☐ Official              ☐ Substitute

First Name: Jana

Middle Name:

Last Name: Rushing

Suffix:

Address 1: P.O.Box 391

Address 2:

City: Sulphur Springs

State: Texas        Zip + 4: 75482

Telephone: 903-268-2942      ext.

Fax:

Email:

## 1X. Related Matters

List any pending or past related appeals before this or any other Texas appellate court by court, docket number, and style.

Docket Number: ⬚⬚⬚⬚⬚⬚⬚⬚ Court: ⬚⬚⬚⬚⬚⬚⬚⬚

Style: ⬚⬚⬚⬚⬚⬚⬚⬚⬚⬚⬚⬚

    Vs.   State of Texas

## X. Signature

_____

Signature of counsel (or Pro Se  Party)             Date: June 1, 2015

_____

                                State Bar No: 15799700

Printed Name:

Electronic Signature:  /s/ Charles E Perry        Name:  Charles E Perry

    (Optional)

## XI. Certificate of Service

The undersigned counsel certifies that this docketing statement has been served on the following lead counsel for all parties to the trial court's order or judgment as follows on ⬚⬚⬚⬚⬚⬚⬚⬚ .

_____

Signature of counsel (or pro se party)       Electronic  Signature: /s/ Charles E Perry

                                 (Optional)

                             State Bar No.:  15799700

Person Served:

Certificate of Service Requirements (TRAP 9.5(e)): A certificate of service must be signed by the person who made the service and must state:

               (1) the date and manner of service;

               (2) the name and address of each person served, and

               (3) if the person served is a party's attorney, the name of the party represented by that attorney

Please enter the following for each person served:

Date Served: June 1, 2015

Manner Served: Email

First Name: Will

Middle Name:

Last Name: Ramsay

Suffix:

Law Firm Name: Hopkins County District Attorney

Address 1: 110 Main Street

Address 2:

City: Sulphur Sorings

State Texas          Zip+4: 75482

Telephone: 903-885-0641    ext.

Fax: 903-885-0640

Email: wramsay@hopkinscountytx.org